**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**KEVIN LEWIS #31106-034**                                    **CASE NO. 24-cv-421 SEC P**

-vs-                                                                              **JUDGE DRELL**

**MS EARLY ET AL**                              **MAGISTRATE JUDGE PEREZ-MONTES**

---

<u>JUDGMENT</u>

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), and after a de novo review of the record, including Plaintiff's Objection and Motion to Amend (ECF No. 7), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law and further amendment would be futile;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint (ECF No. 5) is DISMISSED WITHOUT PREJUDICE under the Federal Tort Claims Act, and otherwise DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A. IT IS FURTHER ORDERED that the Motion to Amend (ECF No. 7) is DENIED as MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana this _17_ day of September 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT